1  JAMES DAL BON, Bar No. 157942
2  TOMAS E. MARGAIN, Bar No. 193555
   DAL BON & MARGAIN, APC
3  28 NORTH 1ST SUITE 210
   SAN JOSE, CA 95113
4  TEL (408) 297-4729
   FAX (408) 297-4728

5  jdblaw@earthlink.net
6  margainlaw@hotmail.com

7  Attorneys for Plaintiffs

8

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                          **SAN JOSE DIVISION**

13  JOSE FUENTES and DANIEL FUENTES          ) Case No.      C09-04991 JW  (HRL)
                                             )
14              Plaintiffs                   ) **NOTICE OF DISMISSAL WITHOUT**
                                             ) **PREJUDICE AS TO AMERICAN**
15                                           ) **CONTRACTORS INDEMNITY**
    v.                                       ) **COMPANY; and SURETY COMPANY**
16                                           ) **OF THE PACIFIC**
                                             )
17                                           )
                                             )
18  SAVIANO COMPANY, INC.; AMERICAN          )
                                             )
19  CONTRACTORS INDEMNITY COMPANY ;          )
    and SURETY COMPANY OF THE PACIFIC        )
20  .                                        )
                                             )
21  _____ )

22

23          NOTICE IS HEREBY GIVEN THAT PLAINTIFFS: JOSE FUENTES and DANIEL

24  FUENTES hereby dismiss defendant AMERICAN CONTRACTORS INDEMNITY

25  COMPANY; and SURETY COMPANY OF THE PACIFIC **without** prejudice pursuant to FRCP

26  41(a)(2).

27

28

   **DISMISSAL WITHOUT PREJUDICE**                    1

DAL BON & MARGAIN
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

IT IS SO ORDERED

*James Ware*

Judge James Ware

3/22/2010

1

Dated: February 11, 2010

2

3

Respectfully submitted,

4

By:   //s// Tomas E. Margain

5

TOMAS MARGAIN
Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAL BON & MARGAIN
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION