1  JAMES DAL BON, Bar No. 157942
   TOMAS E. MARGAIN, Bar No. 193555
2  DAL BON & MARGAIN, APC
   28 NORTH 1ST SUITE 210
3  SAN JOSE, CA 95113
   TEL (408) 297-4729
4  FAX (408) 297-4728

5  Attorneys for Plaintiffs

DENIED
Judge James Ware

6                                                                   4/13/2010

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSE FUENTES and DANIEL FUENTES<br><br>    Plaintiffs<br><br>v.<br><br>SAVIANO COMPANY, INC.;<br><br>    Defendant. | Case No. C09-04991 JW HRL<br><br>**STIPULATION TO REFER MATTER TO EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE; [PROPOSED] ORDER** |

The parties through their attorneys' of record hereby stipulate as follows:

1. On April 1, 2010, the Court vacated the initial CMC, ordered Plaintiffs to comply with ECF local rules, and set various case schedules. By April 16, 2010, parties are required to contact the ADR Program.

---

1
STIPULATION; [PROPOSED] ORDER

2. Counsel and the parties request to have this case go to ADR in the form of an early settlement conference, within 60 days, with Magistrate Judge Lloyd.

3. The parties through counsel have been actively negotiating a resolution and based on the settlement discussions, it is the opinion of counsel that an early settlement conference before a Magistrate is needed to resolve this matter.

IT IS SO STIPULATED.

                              H. Ann Liroff, Esq.
                              HAIGHT, BROWN & BONESTEEL LLP

Dated: April __, 2010

                      By:   //s// H. Ann Liroff
                              H. Ann Liroff
                          HAIGHT, BROWN & BONESTEEL LLP
                 Attorneys for Defendant SAVIANO COMPANY, INC.


                              Tomas Margain
Dated: April 5, 2010              DAL BON & MARGAIN, APC

                      By:   //s// Tomas Margain
                              Tomas Margain
                           Attorneys for Plaintiffs JOSE
                           FUENTES and DANIEL FUENTES

**IT IS SO ORDERED AS MODIFIED**

Given the impact of the magistrate's schedule, a referral for an early settlement conference is DENIED at this time.  The parties shall meet and confer and file an amended request to proceed with an alternative ADR program before requesting referral to the magistrate judge for a settlement conference.  The parties shall file their amended request by April 16, 2010.

Dated:  April __13__, 2010

_____
Hon. James Ware
United States District Judge